## Local Bankruptcy Form 102.1, Statement

# United States Bankruptcy Court
## District of Colorado

In re   **Kelli Marie Braaten**                                        Case No.
                                       Debtor(s)              Chapter    **7**

### Attorney Fee Disclosure Statement

The undersigned as attorney for the debtor(s) herein makes the following statements pursuant to 11 U.S.C. § 329:

**1.**   The total fee to be charged in this matter (not including filing fees) is $ **1,501.00** , of which $ **1,501.00**  has been paid leaving a balance of $ **0.00**  due.

**2.**   The source of the compensation so paid or promised is   **Debtor(s)** .

**3.**   I have not shared or agreed to share such compensation with any person, other than the members or regular associates of my law firm except .

**4.**   The particulars of such sharing or agreement to share are __.

**5.**   I hereby apply for the award of the fees set forth herein.

Dated:   **August 27, 2007**                          **/s/ Sean Cloyes**
                                                       **Sean Cloyes 33381**
                                                       Signature of Attorney for Debtor(s)