Form 8
(10/05)

# United States Bankruptcy Court
## District of Colorado

In re **Kelli Marie Braaten**                                   Case No.
                      Debtor(s)                                 Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **LOT 5 BLK 9 THE GLEN AT WIDEFIELD SUB FIL NO 1**<br><br>**8177 Sedgewick Drive**<br>**Colorado Springs, CO 80925**<br>**Market Value per last appraisal** | **Taylor-Bean & Whitaker** | | | **Debtor will retain collateral and continue to make regular payments.** | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **August 27, 2007**                    Signature  **/s/ Kelli Marie Braaten**
                                                       **Kelli Marie Braaten**
                                                       Debtor