# United States Bankruptcy Court
## District of Colorado

In re  Kelli Marie Braaten
      AKA Kelli M. Braaten; AKA Kelli Braaten
                                               Debtor

Address  8177 Sedgewick Drive
         Colorado Springs, CO 80925

Employer's Tax Identification (EIN) No(s). [if any]: _____
Last four digits of Social Security No(s).:   xxx-xx-1471

Case No.  07-19477-ABC

Chapter  7

## Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I*, __Kelli Marie Braaten__ (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ a) I was not employed during the period immediately preceding the filing of the above-referenced case ___ (state the dates that you were not employed);

☐ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of filing of the petition;

☐ c) I am self-employed and do not receive any evidence of payment from an employer;

☒ d) Other (Please Explain) __Disabled__

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated  8-27-07

_____Kelli Braaten_____ (Signature of Debtor)
Debtor

*A separate form must be filed by each Debtor.

1007-1 form

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## Certificate of Service

I certify that I served true and correct copies of the foregoing declaration by mailing a copy to each of the following on _8/27/07_

Lynn Martinez
1123 N. Elizabeth St.
Pueblo, CO 81003

United States Trustee
999 18th St., STE 1551
Denver, CO 80202

/s/ Sean Cloyes
_____
Sean Cloyes, No. 33381
The Law Firm of Kenton D. Kinnaird
and Associates, P.C.
415 West Bijou Street
Colorado Springs, CO 80905
Phone: (719)520-0003
Fax: (719)448-9481