UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  KELLI MARIE BRAATE            )
                                      )   Chapter 7
                                      )   Case No.: 07-19477-ABC
SSN:  xxx-xx-1471                     )   SMC
                                      )

## AFFIDAVIT OF KELLI MARIE BRAATEN

I, Kelli Marie Braate, do hereby swear and affirm as follows: I was not been required by the Internal Revenue Service or the State of Colorado to file tax returns for 2004, 2005 and 2006 because I was not working. My income is not taxable. Therefore, I do not have any tax returns to provide to the Chapter 7 Trustee.

Date: 8-27-07

Kelli Marie Braaten

STATE OF COLORADO    )
                     )  ss.
COUNTY OF EL PASO    )

The foregoing instrument was acknowledged before me this 27 day of August, 2007, by Kelli Marie Braaten.

WITNESS my hand and official seal.

My commission expires: 6-14-08



NOTARY PUBLIC