Official Form 23 (10/06)

## United States Bankruptcy Court
### District of Colorado

In re   Kelli Marie Braaten
                                       Debtor(s)

Case No.   07-19477
Chapter   7

# DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Kelli Marie Braaten__, the debtor in the above-styled case hereby certify that on __11/10/2007__, I completed an instructional course in personal financial management provided by __AAA Personal Finance Education__, an approved personal financial management provider.

   Certificate No.: __05701-CO-DE-002846607__.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

   ☐ Active military duty in a military combat zone; or

   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   /s/ Kelli Marie Braaten
                       Kelli Marie Braaten

Date:   November 15, 2007

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 05701-CO-DE-002846607

Bankruptcy Case Number: 07-19477

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 10, 2007, at 2:49 o'clock PM MST,

Kelli M Braaten completed a course on personal financial

management given by internet by

AAA Personal Finance Education,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado.

Date: November 10, 2007    By    /s/Katie Powers

                           Name  Katie Powers

                           Title Client Care and Certificate Specialist